**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENSSELAER POLYTECHNIC INSTITUTE and CF DYNAMIC ADVANCES LLC,<br><br>                  Plaintiffs,<br>v.<br><br>AMAZON.COM, INC.,<br><br>                  Defendant. | Case No. 1:18-cv-00549-BKS-CFH<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.2(b), the undersigned attorney hereby notifies the Court and counsel that Mary Pheng, who appeared in this matter on behalf of Plaintiffs on (May 24, 2018) [Dkt. 25], is no longer one of the attorneys of record for Plaintiffs in this matter.  Ms. Pheng is no longer associated with the firm Robins Kaplan LLP and can be removed from CM/ECF notifications for this case.  The Plaintiffs will continue to be represented in this matter by the law firm of Robins Kaplan LLP.

Dated: May 9, 2022

By: */s/ Christopher Seidl*

Christopher Seidl, Esq. (*pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Ave Unit 2800
Minneapolis, MN 55402
Telephone: (612) 349-8468
Facsimile: (612) 339- 4181
CSeidl@RobinsKaplan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance using the CM/ECF system, which sent electronic or other notification of such filing to all counsel of record in this case.

By: */s/ Christopher Seidl*_____