IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENSSELAER POLYTECHNIC INSTITUTE and CF DYNAMIC ADVANCES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 1:18-cv-00549-BKS-TWD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.2(b), the undersigned attorney hereby notifies the Court and counsel that Bryan Vogel (#518363), who appeared in this matter on behalf of Plaintiffs, and Christine Yun Sauer, who appeared in this matter on behalf of Plaintiffs (on May 25, 2018), are no longer the attorneys of record for Plaintiffs in this matter and can be removed from CM/ECF notifications for this case. The Plaintiffs will continue to be represented in this matter by the law firm of Robins Kaplan LLP.

Dated: July 8, 2022

By: */s/ Annie Huang*

Annie Huang (#702553)
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
AHuang@RobinsKaplan.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance using the CM/ECF system, which sent electronic or other notification of such filing to all counsel of record in this case.

By: */s/ Annie Huang*