IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

RENSSELAER POLYTECHNIC INSTITUTE
and CF DYNAMIC ADVANCES LLC,

    Plaintiffs,

               -vs.-

AMAZON.COM, INC.,

    Defendant.

Case No. 1:18-cv-549-BKS-TWD

**DECLARATION OF JEREMY A. ANAPOL IN SUPPORT OF AMAZON'S REQUEST FOR CONFERENCE REGARDING MOTION TO COMPEL DEPOSITIONS**

I, Jeremy A. Anapol, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Amazon.com, Inc. ("Amazon") in this case. The matters set forth in this declaration are based on my personal knowledge unless otherwise indicated.

2. Attached hereto as Exhibit 1 is a true and correct copy of Sergei Nirenburg's faculty profile, which I retrieved from the Rensselaer Polytechnic Institute ("RPI") web site.

3. Attached hereto as Exhibit 2 is a true and correct copy of Tomek Strzalkowski's faculty profile, which I retrieved from RPI's web site.

4. Attached hereto as Exhibit 3 is a true and correct copy of the PDF version of Tomek Strzalkowski's LinkedIn profile, which I retrieved from https://www.linkedin.com/in/tomekstrzalkowski/.

5. Attached hereto as Exhibit 4 is a true and correct copy of Marjorie McShane's home page, which I retrieved from RPI's web site.

- 2 -

6. Attached hereto as Exhibit 5 is a true and correct copy of a web page entitled "About the Cognitive Science Department," which I retrieved from RPI's web site.

7. Attached hereto as Exhibit 6 is a true and correct copy of email correspondence between me and Plaintiffs' counsel dated from June 3 to July 20, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of Marjorie McShane's faculty profile, which I retrieved from RPI's web site.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter I received from Plaintiffs' counsel, dated July 19, 2022.

10. Attached hereto as Exhibit 9 is a true and correct copy of RPI's IRS Form 990, from https://apps.irs.gov/pub/epostcard/cor/141340095_201606_990_2017091514741593.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2022, at Irvine, CA.

*s/ Jeremy A. Anapol*
Jeremy A. Anapol
