# EXHIBIT 3

## Contact

www.linkedin.com/in/tomekstrzalkowski (LinkedIn)
www.rpi.edu/pl/faculty-staff-s17/strzalkowski (Company)

## Top Skills

Machine Learning
Information Retrieval
Computer Science

# Tomek Strzalkowski

Professor at Rensselaer Polytechnic Institute
Schenectady

## Experience

**Rensselaer Polytechnic Institute**
Professor
August 2019 - Present (2 years 11 months)
Troy, New York

**University at Albany, SUNY**
Professor
September 2000 - August 2019 (19 years)

**GE Research**
Principal Scientist
December 1994 - June 2000 (5 years 7 months)

**New York University**
Research Assistant Professor
September 1987 - December 1994 (7 years 4 months)
New York, New York

## Education

**Simon Fraser University**
Doctor of Philosophy (Ph.D.), Computer Science · (1983 - 1987)