# EXHIBIT 4

# Marjorie McShane



Professor, Cognitive Science Department
Co-Director LEIA (Language-Endowed Intelligent Agents) Lab
Rensselaer Polytechnic Institute
mcsham2 [the sign] [rpi.edu]
My university website is [here](here)
This is an abbreviated version of my CV.

## Research Interests

Reference and ellipsis
Computational semantics
Language-endowed intelligent agents
Mindreading (mental model ascription)
Knowledge representation
Simulation and tutoring as substrates for the development of conversational intelligent agents
Computer-based knowledge elicitation

## Educational Preparation

| | |
|---|---|
| 1998 | Ph.D., Princeton University, Slavic Languages and Literatures |
| 1996 | M.A., Princeton University, Slavic Languages and Literatures |
| 1992 | Russian-English Advanced Translation Certificate Program, State University of New York at Albany |
| 1992 | M.A., State University of New York at Albany, Russian |
| 1989 | B.A., Grinnell College, Russian |

## Professional Experience

| | |
|---|---|
| 2022- | Professor, Cognitive Science Department, and Co-director of the Language-Endowed Intelligent Agents (LEIA) lab, Rensselaer Polytechnic Institute. |
| 2017-2021 | Associate Professor with tenure, Cognitive Science Department, and Co-director of the Language-Endowed Intelligent Agents (LEIA) lab, Rensselaer Polytechnic Institute. |
| 2013-2016 | Associate Professor without tenure, Cognitive Science Department, and Co-director of the Language-Endowed Intelligent Agents (LEIA) lab, Rensselaer Polytechnic Institute. |
| 2007-2013 | Research Associate Professor, Department of Computer Science and Electrical Engineering, University of Maryland Baltimore County; Computational Linguist & Knowledge Engineer, Institute for Language and Information Technologies, University of Maryland Baltimore County. |
| 2002-2007 | Research Assistant Professor, Department of Computer Science and Electrical Engineering, University of Maryland Baltimore County; Computational Linguist & Knowledge Engineer, Institute for Language and Information Technologies, University of Maryland Baltimore County. |
| 2005-2014 | Adjunct faculty member, Department of Surgery, University of Maryland School of Medicine. |
| 2000-2002 | Senior Computational Linguist, Computing Research Laboratory, New Mexico State University. |

| 1998-2000 | Analyst, Computing Research Laboratory, New Mexico State University. |

## Research Grants

| 2020-2021 | McShane, M. Principal Investigator. "Improving System Engineering Using Knowledge Engineering with UML." Office of Naval Research. 01/01/2020 - 12/31/2021. $394,178. Award # N00014-20-1-2051. |
| --- | --- |
| 2019-2022 | McShane, M., Principal Investigator. "Natural Language Understanding by Intelligent Collaborators." Office of Naval Research. 9/15/2019 - 9/14/2022. $995,440. Award # N00014-19-1-2708. |
| 2016-2019 | McShane, Principal Investigator. "Naturalistic Dialog Understanding". Office of Naval Research. 1/1/16 - 5/31/19. $861,455. |
| 2013-2016 | McShane, M., Principal Investigator. "MURI: Unified Theories of Language and Cognition." Office of Naval Research. 2013-2015: $2,034,071. 2016 Supplementary Award: $250,000. *This MURI was originally granted to Principal Investigator N. Cassimatis in 2009. From 2009-2013, Cassimatis was awarded $5,700,664.* |
| 2008-2009 | McShane, M., Principal Investigator. "SGER: Advances in Difficult Aspects of Reference Resolution." National Science Foundation. $109,321.[Base award: $98,196. Research Experience for Undergraduates supplement: $11,125.] |
| 2006-2007 | McShane: Principal Investigator. "GeoMatch Multilingual GNDB Prototype Project." Department of Defense. $175,000. |
| 2007 | McShane, M., Co-Principal Investigator. "Modality Annotation." Department of Defense. $75,000. |
| 2004-2009 | McShane, M., Co-Principal Investigator. "Maryland Virtual Patient" - a subcontract from the DoD's Operating Room of the Future program. Approximately $1,400,000. |

## Patent

Jarrell, B., Nirenburg, S., McShane, M., Beale, S. and Fantry, G. Techniques for Implementing Virtual Persons in a System to Train Medical Personnel. Patent application 11/672,161 was filed on 2/7/2007, resulting in issued US patent #8,317,518 with an issue date of 11/27/2012.

## Books

McShane, M., and Nirenburg, S. 2021. **Linguistics for the Age of AI**. The MIT Press. The ebook is available open access [here](#).

McShane, Marjorie. 2005. **A Theory of Ellipsis**. Oxford University Press.

McShane, M. 2003. **An Innovative, Practical Approach to Polish Inflection**. Lincom Europa. [Preprint](#)

## Dissertation

McShane, M. 1998. **Ellipsis in Slavic: The Syntax-Discourse Interface**. Unpublished Ph.D. Dissertation, Princeton University.

# Journal Articles, Refereed

McShane, M. and S. Nirenburg. 2019. **Context for language understanding by intelligent agents.** Applied Ontology 14: 415-449.

McShane, M. 2018. **Typical event sequences as licensors of direct object ellipsis in Russian.** Lingvisticæ Investigationes 41(2): 179-212. pdf

McShane, M., S. Nirenburg and J. English. 2018. **Multi-stage language understanding and actionability.** Advances in Cognitive Systems 6: 119-138. pdf

McShane, M. and Babkin, P. 2016. **Resolving difficult referring expressions**. Advances in Cognitive Systems 4: 247-263. pdf

McShane, M. and Babkin, P. 2016. **Detection and resolution of verb phrase ellipsis**. Linguistic Issues in Language Technology (LiLT). pdf

McShane, M., Nirenburg, S. and Beale, S. 2016. **Language understanding with Ontological Semantics**. Advances in Cognitive Systems 4:35-55. pdf

McShane, M., Nirenburg, S. and Beale, S. 2015. **The Ontological Semantic treatment of multiword expressions. Lingvisticæ Investigationes**, 38(1): 73-110. John Benjamins Publishing Company. pdf

McShane, M. 2014. **Parameterizing mental model ascription across intelligent agents**. Interaction Studies, 15(3): 404-425. pdf

McShane, M., Beale, S., and Babkin, P. 2014. **Nominal compound interpretation by intelligent agents**. Linguistic Issues in Language Technology (LiLT), 10(1): 1-34. pdf

McShane, M., Nirenburg, S., and Jarrell, B. 2013. **Modeling decision-making biases**. Biologically-Inspired Cognitive Architectures (BICA) Journal, 3: 39-50. pdf

McShane, M. and Nirenburg, S. 2012. **A knowledge representation language for natural language processing, simulation and reasoning**. International Journal of Semantic Computing, 6(1): 3-23. pdf

McShane, M., Beale, S., Nirenburg, S., Jarrell, B. and Fantry, G. 2012. **Inconsistency as a diagnostic tool in a society of intelligent agents**. Artificial Intelligence in Medicine, 55(3): 137-48. pdf

McShane, M., Nirenburg, S., Beale, S. and Johnson, B. 2012. **Resolving elided scopes of modality in OntoAgent**. Advances in Cognitive Systems, 2: 95-112. pdf

McShane, M. 2009. **Reference resolution challenges for an intelligent agent: The need for knowledge**. IEEE Intelligent Systems, 24(4): 47-58. pdf

McShane, M. 2009. **Subject ellipsis in Russian and Polish**. In Holmberg, A. (Ed.), Special Issue on Partial Pro-Drop, Studia Linguistica, 63(1): 98-132. Cambridge University Press. pdf

Java, A., Nirenburg, S., McShane, M., Finin, T., English, J. and Joshi, A. 2007. **Using a natural language understanding system to generate Semantic Web content**. International Journal on Semantic Web & Information Systems, 3(4): 50-74. pdf

McShane, M., Nirenburg, S. and Beale, S. 2005. **An NLP lexicon as a largely language independent resource**. Machine Translation, 19(2): 139-173. pdf

McShane, M., Nirenburg, S. and Beale, S. 2005. **Semantics-based resolution of fragments and underspecified structures**. Traitement Automatique des Langues, 46(1): 163-184. pdf

McShane, M., Nirenburg, S. and Zacharski, R. 2004. **Mood and modality: Out of theory and into the fray**. Natural Language Engineering, 19(1): 57-89. pdf

McShane, M. 2003. **Redefining "paradigm" for (computer-aided) language instruction**. Foreign Language Annals, 36 (2): 198-207. pdf

McShane, M. 2003. **Applying tools and techniques of natural language processing to the creation of resources for less commonly taught languages**. IALLT Journal of Language Learning Technologies, 35(1): 25-46. pdf

McShane, M. and Nirenburg, S. 2003. **Blasting open a choice space: learning inflectional morphology for NLP**. Computational Intelligence, 19(2): 111-135. pdf

McShane, M. and Nirenburg, S. 2003. **Parameterizing and eliciting text elements across languages**. Machine Translation, 18(2): 129-165. pdf

McShane, M. 2002. **So where's that noun?** Rusistika, 26: 7-14. pdf

McShane, M. 2002. **Unexpressed objects in Russian**. Journal of Slavic Linguistics, 10(1): 291-328. pdf

McShane, M., Nirenburg, S., Cowie, J. and Zacharski, R. 2002. **Embedding knowledge elicitation and MT systems within a single architecture**. Machine Translation 17(4): 271-305. pdf

Oflazer, K., Nirenburg, S. and McShane, M. 2001. **Bootstrapping morphological analyzers by combining human elicitation and machine learning**. Computational Linguistics 27(1): 59-85. pdf

McShane, M. 2000. **Hierarchies of parallelism in elliptical Polish structures**. Journal of Slavic Linguistics, 8: 83-117. pdf

McShane, M. 2000. **Verbal ellipsis in Russian, Polish and Czech**. Slavic and East European Journal 44(2): 195-233. pdf

McShane, M. 1999. **The ellipsis of accusative direct objects in Russian, Polish and Czech**. Journal of Slavic Linguistics 7(1): 45-88. pdf

## Invited Book Chapters and Journal Articles

Hudlicka, E., and M. McShane. Forthcoming. **The case for deep models of emotions in affective human-computer interaction.** The Handbook of Language and Emotion. De Gruyter Mouton.

McShane, M. Forthcoming. **Null subjects and objects.** In Bermel, N. (Ed.), The Oxford Guide to the Slavonic Languages, part of the Oxford Guides to the World's Languages. Oxford University Press.

McShane, M., and Nirenburg, S. Forthcoming. **Natural language understanding and generation.** In Sun, R. (Ed.), The Cambridge Handbook on Computational Cognitive Sciences.

McShane M., Bringsjord, S., Hendler, J., Nirenburg, S., and Sun, R. 2019. **A response to Nunez et al.'s (2019) "What Happened to Cognitive Science?".** Topics in Cognitive Science, pp. 1-4. ISSN: 1756-8765 (online), DOI: 10.1111/tops.12458.

McShane, M. 2017. **Choices for semantic analysis in cognitive systems.** Advances in Cognitive Systems, 5: 25-36. pdf

McShane, M. 2017. **Natural language understanding (NLU, not NLP) in cognitive systems.** AI Magazine, 34(4): 43-56. pdf

Nirenburg, S. and McShane, M. 2016. **Natural language processing**. In Chipman, S. (Ed.), The Oxford Handbook of Cognitive Science, Volume 1. New York: Oxford University Press. Online publication date: August 2016.

McShane, M. and Nirenburg, S. 2013. **Use of ontology, lexicon and fact repository for reference resolution in Ontological Semantics**. In Oltramari, A., Vossen, P., Qin, L. and Hovy, E. (Eds.), New Trends of Research in Ontologies and Lexical Resources. Part of the Springer Publishing series Theory and Applications of Natural Language Processing, pp. 157-185. pdf

McShane, M. 2009. **Developing proper name recognition, translation and matching capabilities for low- and middle-density languages**. In Nirenburg, S. (ed.), Language Engineering for Lesser-Studied Languages. IOS Press, pp. 81-115. pdf

Nirenburg, S. and McShane, M. 2009. **Computational field semantics: Acquiring an Ontological Semantic lexicon for a new language**. In Nirenburg, S. (ed.), Language Engineering for Lesser-Studied Languages. IOS Press, pp. 183-206. pdf

McShane, M., Nirenburg, S. and Beale, S. 2008. **Ontology, lexicon and fact repository as leveraged to interpret events of change**. In Huang, C., Calzolari, N., Gangemi, A., Lenci, A., Oltramari, A. and Prevot, L. (Eds.), Ontology and the Lexicon: A Natural Language Processing Perspective, pp. 98-121. Cambridge University Press. pdf

Lubensky, S. and McShane, M. 2007. **Bilingual phraseological dictionaries**. In Burger, H., Dobrovol'skij, D., Kühn, P., and Norrick, N.R. (Eds.), Phraseologie / Phraseology: Ein internationales Handbuch zeitgenössischer Forschung / An International Handbook of Contemporary Research. Mouton de Gruyter, pp. 919-928. pdf

McShane, M. 2002. **Out of the box**. In Janda, L.A., Franks, S. and Feldstein, R. (Eds.), Where One's Tongue Rules Well: A Festschrift for Charles E. Townsend. Indiana Slavic Studies 13: 147-155. pdf

## Proceedings, Refereed

Nirenburg, S., M. McShane, and J. English. 2020. **Content-centric computational cognitive modeling.** Proceedings of the Seventh Annual Conference on Advances in Cognitive Systems. pdf

McShane, M., S. Beale, and I. Nirenburg. 2019. **Applying deep language understanding to open text: Lessons learned.** Proceedings of the 41st Annual Meeting of the Cognitive Science Society, Montreal, Canada, pp. 796-802. pdf

McShane, M.. and E. Kleine. 2019. **Pursuing actionable interpretations of non-literal language.** Proceedings of the Seventh Annual Conference on Advances in Cognitive Systems, pp. 453-471. pdf

Nirenburg, S., M. McShane, S. Beale, P. Wood, B. Scassellati, O. Mangin, and A. Roncone. 2018. **Toward hu/Users/marjoriemcshane/Desktop/Content-CentricJuly9.pdfman-like robot learning.** Natural Language Processing and Information Systems, Proceedings of the 23rd International Conference on Applications of Natural Language to Information Systems (NLDB 2018), pp. 73-82. pdf

Nirenburg, S. and M. McShane. 2018. **Two types of autonomous, language-endowed learning agents for human autonomy teaming.** Proceedings of NATO-HFM-300 symposium on Human

Autonomy Teaming. Portsmouth, UK, October.

McShane, M., Blissett, K. and Nirenburg, I. 2017. **Treating unexpected input in incremental semantic analysis.** Proceedings of the Fifth Annual Conference on Advances in Cognitive Systems. pdf

Nirenburg, S. and M. McShane. 2017. **Contextual Knowledge for Language-Endowed Intelligent Agents.** The AAAI 2017 Spring Symposium on Computational Context: Why It's Important, What It Means, and Can It Be Computed? Technical Report SS-17-03, pp. 342-346. pdf

McShane, M. and Nirenburg, S. 2016. **Extra-specific multiword expressions for language-endowed intelligent agents.** Proceedings of the COLING 2016 Workshop, Grammar and Lexicon: Interactions and Interfaces. pdf

Nirenburg, S. and McShane, M. 2016. **Slashing metaphor with Occam's Razor.** Proceedings of The Fourth Annual Conference on Advances in Cognitive Systems. pdf

McShane, M. and S. Nirenburg. 2016. **Decisions for semantic analysis in cognitive systems.** Proceedings of The Fourth Annual Conference on Advances in Cognitive Systems. pdf

McShane, M. and Nirenburg, S. 2015. **OntoAgents gauge their confidence in language understanding**. In Ahmed, N., Cummings, M., and Mille, C. (Eds.), Self-Confidence in Autonomous Systems: Papers from the AAAI Fall Symposium. Technical report FS-15-05, pp. 22-29. Menlo Park, CA: AAAI Press. pdf

McShane, M., and Babkin, P. 2015. **Automatic ellipsis resolution: Recovering covert information from text**. Proceedings of Twenty-Ninth AAAI Conference on Artificial Intelligence (AAAI-15), pp. 572-578. Association for the Advancement of Artificial Intelligence. pdf

McShane, M., Nirenburg, S., Jarrell, B., and Fantry, G. 2015. **Learning components of computational models from texts**. In Finlayson, M. A., Miller, B., Lieto, A. and Ronfard, R. (Eds.), Proceedings of the 6th Workshop on Computational Models of Narrative (CMN'15), pp. 108-123. Published in the Open Access Series in Informatics [OASIcs], Schloss Dagstuhl - Leibniz-Zentrum für Informatik, Dagstuhl Publishing, Germany. pdf

Nirenburg, S. and McShane, M. 2015. **The interplay of language processing, reasoning and decision-making in cognitive computing**. In Biemann, C., Handschuh, S., Freitas, A., Meziane, F. and Métais, E. (Eds.), Natural Language Processing and Information Systems, Proceedings of the 20th International Conference on Applications of Natural Language to Information Systems (NLDB 2015), pp. 167-179. Springer Lecture Notes in Computer Science 9103. pdf

McShane, M. 2015. **Expectation-driven treatment of difficult referring expressions**. Proceedings of the Third Annual Conference on Advances in Cognitive Systems (ACS-2015), Article 11. pdf

McShane, M. and Nirenburg, S. 2015. **Decision-making during language understanding by intelligent agents**. Artificial General Intelligence, Volume 9205 of the series Lecture Notes in Computer Science, pp. 310-319. pdf

McShane, M., Nirenburg, S. and Babkin, P. 2015. **Sentence trimming in service of verb phrase ellipsis resolution**. Proceedings of the EuroAsianPacific Joint Conference on Cognitive Science (EAP CogSci 2015). Volume 1419 of CEUR Workshop Proceedings, CEUR-WS.org, pp. 228-233. pdf

McShane, M. 2014. **A multi-faceted approach to reference resolution in English and Russian**. In Selegei, V. P. (Chief Editor), Computational Linguistics and Intellectual Technologies, Papers from the Annual International Conference "Dialogue", Issue 13, pp. 391-409. pdf

McShane, M., Nirenburg, S., Beale, S., Jarrell, B., Fantry, G. and Mallott, D. 2013. **Mind-, body- and emotion-reading**. Proceedings of the Annual Meeting of the International Association for Computing and Philosophy (IACAP 2013). pdf

Nirenburg, S. and McShane, M. 2012. **Agents modeling agents: Incorporating ethics-related reasoning**. Proceedings of the Symposium on Moral Cognition and Theory of Mind at the AISB/IACAP World Congress, 2012. pdf

McShane, M., Nirenburg, S., and Beale, S. 2011. **Reference-related memory management in intelligent agents emulating humans**. In: Langley, P. (Ed.), Advances in Cognitive Systems. Papers from the AAAI Fall Symposium, pp. 232-239. AAAI technical report FS-11-01. Menlo Park, CA: AAAI Press. 2011. pdf

Nirenburg, S., McShane, M., and Beale, S. 2010. **Hybrid methods of knowledge elicitation within a unified representational knowledge scheme**. In: Filipe, J. and Dietz, J.L.G. (Eds.) Proceedings of the International Conference on Knowledge Engineering and Ontology Development (KEOD 2010), pp. 177-192. SciTePress. pdf

Nirenburg, S., McShane, M. and Beale, S. 2010. **Aspects of metacognitive self-awareness in Maryland Virtual Patient**. In Pirrone, R., Azevedo, R. and Biswas, G. (Eds.), Cognitive and Metacognitive Educational Systems: Papers from the AAAI Fall Symposium. AAAI Technical Report FS-10-01, pp. 69-74. Association for the Advancement of Artificial Intelligence. pdf

Nirenburg, S., McShane, M., Beale, S., English, J. and Catizone, R. 2010. **Four kinds of learning in one agent-oriented environment**. In Samsonovich, A.V., Jóhannsdóttir, K.R., Chella, A., Goertzel, B. (Eds.), Biologically Inspired Cognitive Architectures 2010: Proceedings of the First Annual Meeting of the BICA Society, pp. 92-97. Amsterdam; Tokyo; Berlin; Washington, DC: IOS Press. pdf

McShane, M., Beale, S., and Nirenburg, S. 2010. **Reference resolution supporting lexical disambiguation**. Proceedings of the Fourth IEEE International Conference on Semantic Computing, pp. 16-23. pdf

McShane, M., S. Nirenburg, B. Jarrell, S. Beale, G. Fantry. 2009. **Maryland Virtual Patient: A knowledge-based, language-enabled simulation and training system**. Bio-Algorithms and Med-Systems: 5(9): 57-63. pdf

Nirenburg, S., McShane, M., Beale, S., Jarrell, B. and Fantry, G. 2009. **Integrating cognitive simulation into the Maryland Virtual Patient.** In Westwood, J. D., Westwood, S. W., et al. (Eds.), Medicine Meets Virtual Reality 17, pp. 224-229. In the series Studies in Health Technology and Informatics. Amsterdam, Berlin, Oxford, Tokyo, Washington, DC: IOS Press. pdf

McShane, M., and Nirenburg, S. 2009. **Dialog modeling within intelligent agent modeling**. In Jönsson, A., Alexandersson, J., Traum, D., Zukerman, I. (Eds.), Proceedings of the 6th IJCAI Workshop on Knowledge and Reasoning in Practical Dialog Systems. pp. 52-59. pdf

Nirenburg, S., McShane, M. and Beale, S. 2009. **A unified ontological-semantic substrate for physiological simulation and cognitive modeling**. In Proceedings of the International Conference on Biomedical Ontology (ICBO-2009), pp. 139-142. pdf

Nirenburg, S., McShane, M., and Beale, S. 2008. **Resolving paraphrases to support modeling language perception in an intelligent agent**. In Bos, J., Delmonte, R. (Eds.), Semantics in Text Processing: STEP 2008 Conference Proceedings, pp. 179-192. London: College Publications. pdf

McShane, M., Nirenburg, S., and Beale, S. 2008. **Two kinds of paraphrase in modeling embodied cognitive agents**. In Samsonovich, A. V. (Ed.), Biologically Inspired Cognitive Architectures: Papers

from the AAAI Fall Symposium, pp. 162-167. AAAI Technical Report FS-08-04. Menlo Park, CA: AAAI Press. pdf

Nirenburg, S., Beale, S., McShane, M., Jarrell, B. and Fantry, G. 2008. **Language understanding in Maryland Virtual Patient**. Proceedings of the Workshop on Speech Processing for Safety Critical Translations and Pervasive Applications at the 22nd Inernational Conference on Computational Linguistics (COLING 2008), pp. 36-39. pdf

Nirenburg, S., McShane, M. and Beale, S. 2008. **A simulated physiological/cognitive "double agent"**. In Beal, J., Bello, P., Cassimatis, N., Coen, M. and Winston, P. (Eds.), Papers from the AAAI Fall Symposium "Naturally Inspired Cognitive Architectures". AAAI Technical Report FS-08-06. Menlo Park, CA: AAAI Press. pdf

Nirenburg, S., McShane, M., Beale, S. and Jarrell, B. 2008. **Adaptivity in a multi-agent clinical simulation system**. In Honkela, T., Pöllä, M., Paukkeri, M. And Simula, O. (Eds.), Proceedings of the 2nd International and Interdisciplinary Conference on Adaptive Knowledge Representation and Reasoning (AKRR'08), pp. 32-39. Multiprint Espoo. pdf

McShane, M., Jarrell, B., Fantry, G., Nirenburg, S., Beale, S. and Johnson, B. 2008. **Revealing the conceptual substrate of biomedical cognitive models to the wider community**. In Westwood, J.D., Haluck, R.S., Hoffman, H.M., Mogel, G.T., Phillips, R., Robb, R.A. et al. (Eds.), Medicine Meets Virtual Reality 16: Parallel, combinatorial, convergent: NextMed by Design, pp. 281-286. Amsterdam; Berlin; Oxford; Tokyo; Washington, DC: IOS Press. pdf

McShane, M., Fantry, G., Beale, S., Nirenburg, S. and Jarrell, B. 2007. **Disease interaction in cognitive simulations for medical training**. In Proceedings of the MODSIM World Conference & Exposition, Virginia Beach. pdf

McShane, M., Nirenburg, S., Beale, S., Jarrell, B. and Fantry, G. 2007. **Knowledge-based modeling and simulation of diseases with highly differentiated clinical manifestations**. In Bellazzi, R., Abu-Hanna, A., Hunter, J. (Eds.), Artificial Intelligence in Medicine: Proceedings of the 11th Conference on Artificial Intelligence in Medicine, AIME 2007. Volume 4594 of the series Lecture Notes in Computer Science, pp. 34-43. Berlin, Heidelberg: Springer-Verlag. pdf

Jarrell, B., Nirenburg, S., McShane, M., Fantry, G., Beale, S., Mallott, D. and Razcek, J. 2007. **An interactive, cognitive simulation of gastroesophageal reflux disease**. In Medicine Meets Virtual Reality 15: in vivo, in vitro, in silico: Designing the Next in Medicine. In the series Studies in Health Technology and Informatics, Volume 125, pp. 194-199. pdf

Fantry, G., McShane, M., Beale, S., Forman, J., Raczek, J., Nirenburg, S., Jarrell, B. 2006. **The virtual esophagus: An interactive model of esophageal physiology, pathophysiology, and simulation of esophageal motility disorders**. Gastroenterology 130: A736. pdf

McShane, M., Beale, S. and Nirenburg, S. 2006. **The semantics of backing up (Or: What do to with prepositions and particles?)**. In Sutcliffe, G. C. J. and Goebel, R. G. (Eds.), Proceedings of the Nineteenth International Florida Artificial Intelligence Research Society Conference, Session on Trends in Natural Language Processing, pp. 770-775. pdf

Nirenburg, S., McShane, M., Beale, S., O'Hara, T., Jarrell, B., Fantry, G. and Raczek, J. 2006. **Cognitive simulation in virtual patients**. Proceedings of the Nineteenth International Florida Artificial Intelligence Research Society Conference (poster session), pp. 174-175. pdf

Beale, S., Nirenburg, S., McShane, M. and Allman, T. 2005. **Document authoring the Bible for minority language translation**. Proceedings of MT-Summit, Phuket, Thailand, pp. 63-70. pdf

Nirenburg, S., McShane, M. and Beale, S. 2005. **Increasing understanding: Interpreting events of change**. In Huang, C-R., Lenci, A. and Oltramari, A. (Eds.), Proceedings of the OntoLex Workshop at the Second International Joint Conference on Natural Language Processing (IJCNLP-05). Asian Federation of Natural Language Processing, pp. 43-52. pdf

McShane, M., Nirenburg, S., Beale, S. and O'Hara, T. 2005. **Semantically rich human-aided machine annotation**. Proceedings the Workshop on Frontiers in Corpus Annotation II: Pie in the Sky, pp. 68-75, at the 43rd Annual Meeting of the Association for Computational Linguistics (ACL-05). Stroudsburg, PA: Association for Computational Linguistics. pdf

Beale, S., Lavoie, B., McShane, M., Nirenburg, S. and Korelsky, T. 2004. **Question answering using Ontological Semantics**. In Hirst, G. and Nirenburg, S. (Eds.) Proceedings of the Workshop on Text Meaning and Interpretation, pp. 41-48. Held in cooperation with the 42nd Annual Meeting of the Association for Computational Linguistics (ACL-2004). Stroudsburg, PA: Association for Computational Linguistics. pdf

McShane, M., Beale, S. and Nirenburg, S. 2004. **Some meaning procedures of Ontological Semantics**. In Lino, M. T., Xavier, M. F., Ferreira, F., Costa, R., Silva, R. (Eds.), Proceedings of the Fourth International Conference on Language Resources and Evaluation (LREC-2004), pp. 1885-1888. Conference CD distributed by European Language Resources Association (ELRA), Paris, France. pdf

McShane, M., Beale, S. and Nirenburg, S. 2004. **OntoSem methods for processing semantic ellipsis**. In Moldovan, D. and Girju, R. (Eds.), Proceedings of HLT/NAACL 2004 Workshop on Computational Lexical Semantics, pp. 1-8. Stroudsburg, PA: Association for Computational Linguistics. pdf

McShane, M., Nirenburg, S. and Beale, S. 2004. **OntoSem and SIMPLE: Two multi-lingual world views**. In Hirst, G. and Nirenburg, S. (Eds.), Proceedings of the Second Workshop on Text Meaning and Interpretation. Held in cooperation with ACL-2004. Stroudsburg, PA: Association for Computational Linguistics, pp. 25-32. pdf

Nirenburg, S., Beale, S. and McShane, M. 2004. **Evaluating the performance of the OntoSem semantic analyzer**. In Hirst, G. and Nirenburg, S. (Eds.) Proceedings of the Second Workshop on Text Meaning and Interpretation. Held in cooperation with ACL-2004. Stroudsburg, PA: Association for Computational Linguistics, pp. 33-40. pdf

Nirenburg, S., McShane, M. and Beale, S. 2004. **The rationale for building resources expressly for NLP**. In Lino, M. T., Xavier, M. F., Ferreira, F., Costa, R., Silva, R. (Eds.), Proceedings of the Fourth International Conference on Language Resources and Evaluation (LREC 2004), pp. 3-6. Conference CD distributed by European Language Resources Association (ELRA), Paris, France. pdf

Beale, S., Nirenburg, S. and McShane, M. 2003. **Just-in-time grammar**. Proceedings of the 2003 International Multiconference in Computer Science and Computer Engineering. pdf

Nirenburg, S., McShane, M. and Beale, S. 2003. **Enhancing recall in information extraction through ontological semantics.** Proceedings of the Workshop on Ontologies and Information Extraction, Bucharest, Romania. pdf

Nirenburg, S., McShane, M. and Beale, S. 2003. **Operative strategies in Ontological Semantics**. Proceedings of HLT-NAACL-03 Workshop on Text Meaning, Edmonton, Alberta, Canada. pdf

McShane, M. 2001. **One formal approach leads to another.** In Franks, S., King, T. H. and Yadroff, M. (Eds.), Annual Workshop on Formal Approaches to Slavic Linguistics: The Bloomington Meeting, 2000, 191-207. Ann Arbor, Michigan: Michigan Slavic Publications. pdf

McShane, M., Helmreich, S., Nirenburg, S. and Raskin, V. 2000. **Slavic as testing grounds for a linguistic knowledge elicitation system**. In King, T.H. and Sekerina, I.A. (Eds.), Formal Approaches to Slavic Linguistics: The Philadelphia Meeting, 1999, pp. 280-295. Ann Arbor, Michigan: Michigan Slavic Publications. [pdf](#)

McShane, M. and Zacharski, R. 2000. **Modularity in knowledge elicitation and language processing**. Proceedings of the Third Annual High Desert Linguistics Conference, pp. 93-104. University of New Mexico, Albuquerque, NM. [pdf](#)

McShane, M. 1999. **Predictive rules of direct object ellipsis in Russian**. In Dziwirek, K. et al. (Eds.), Annual Workshop on Formal Approaches to Slavic Linguistics: The Seattle Meeting, 1998, pp. 329-348. Ann Arbor, Michigan: Michigan Slavic Publications. [pdf](#)

## Encyclopedia Entries

McShane, M. 2010. **Ambiguity**. In Hogan, Patrick C. (Ed.), The Cambridge Encyclopedia of the Language Sciences. Cambridge University Press. [pdf](#)

McShane, M. 2010. **Ellipsis**. In Hogan, Patrick C. (Ed.), The Cambridge Encyclopedia of the Language Sciences. Cambridge University Press. [pdf](#)

## Developmental Editing

I served as Developmental Editor for **The Random House Russian-English Dictionary of Idioms**, by S. Lubensky. Random House, 1995. I essentially worked as a coauthor of this work for two complete rewrites over 5 years, including writing all of the explanatory, introductory materials. [Excerpts](#)

## Editing

Bello, P., Guarini, M., McShane, M. and Scassellati, B. (Eds.). 2014. **Proceedings of the 36th Annual Conference of the Cognitive Science Society.** Austin, TX: Cognitive Science Society.

McShane, M. (Ed.) 2014. Guest edited a special issue of *Interaction Studies* entitled **Mental Model Ascription by Intelligent Agents.**

## Book Review in Refereed Journal

McShane, M. 2007. Review of the book *Lingvističeskie problemy komp'juternoj morfologii* [Linguistic Issues in Computational Morphology, written in Russian] by S. A. Koval'. St. Petersburg: St. Petersburg University Press, 2005, 151 pp; paperbound, ISBN 5-288-03731-0. Review appeared in Computational Linguistics, vol. 33 issue 2.

## Technical Reports

Baker, K., Bloodgood, M., Diab, M., Dorr, B., Hovy, E., Levin, L., McShane, M., Mitamura, T., Nirenburg, S., Piatko, C., Rambow, O. and Richardson, G. 2010. **SIMT SCALE 2009 Modality Annotation Guidelines.** Human Language Technology Center of Excellence (HLTCOE) Technical Report #4. [pdf](#)

McShane, M. 2009. **Advances in difficult aspects of reference resolution: Working Notes**. ILIT Working Paper #01-09, Nov. 18, 2009 (62 pp.). pdf

McShane, M. 2009. **Advances in difficult aspects of reference resolution: Project Report for SGER**. ILIT Working Paper #03-09, Nov. 19, 2009. pdf

McShane, Marjorie, Sergei Nirenburg and Stephen Beale. 2009. **Ontological Semantic Analysis and Difficult Reference Resolution Informing Each Other**. ILIT Working Paper #02-09, Nov. 18, 2009. pdf

McShane, Marjorie, Sergei Nirenburg and Stephen Beale. 2008. **Achieving Adequacy of Description of Multiword Entities in Semantically-Oriented Computational Lexicons**. ILIT Working Paper #01-08. pdf

McShane, Marjorie, Stephen Beale and Sergei Nirenburg. 2005. **Disambiguating homographous prepositions and verbal particles in an implemented Ontological Semantic analyzer**. Working Paper #01-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

Nirenburg, Sergei, Stephen Beale and Marjorie McShane. 2005. **Heuristics for recovery from residual ambiguity and incongruity in the semantic interpretations of texts**. Working Paper #02-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

Nirenburg, Sergei, Marjorie McShane, Margalit Zabludowski, Stephen Beale, Craig Pfeifer. 2005. **Ontological Semantic text processing in the biomedical domain**. Working Paper #03-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie, Ron Zacharski and Sergei Nirenburg. 2005. **From knowledge elicitation system to teaching tool**. Working Paper #04-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie and Ron Zacharski. 2005. **User-extensible on-line lexicons for language learning**. Working Paper #05-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie, Sergei Nirenburg and Stephen Beale. 2005. **An implemented, integrative approach to ontology-based NLP and interlingua**. Working Paper #06-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie, Sergei Nirenburg and Stephen Beale. 2005. **The description and processing of multiword expressions in OntoSem**. Working Paper #07-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie, Ron Zacharski, Stephen Beale and Sergei Nirenburg. 2005. **The Boas II named entity elicitation system**. Working Paper #08-05, Institute for Language and Information Technologies, University of Maryland Baltimore County. pdf

McShane, Marjorie and Sergei Nirenburg. 2002. **Reference and ellipsis in Ontological Semantics**. Memoranda in Computer and Cognitive Science, MCCS-02-329. The Computing Laboratory, New Mexico State University. pdf

McShane, Marjorie. 2001. **Polish Inflection Fit for Man and Machine**. Memoranda in Computer and Cognitive Science, MCCS-01-325. **221 pages**. The Computing Research Laboratory, New Mexico State University. pdf

# Courses Taught

At University of Maryland Baltimore County

- Programming Languages

At Rensselaer Polytechnic Institute

- Introduction to Linguistics
- The Linguistics of Computational Linguistics
- Cross-linguistic Perspectives
- Semantics and Discourse
- Advanced Topics in Linguistics
- Animal Cognition and Interaction with Humans

*Last updated (though the publications are a bit behind): February, 2022*