# EXHIBIT 5

Case 1:18-cv-00549-BKS-TWD Document 225-6 Filed 07/22/22 Page 2 of 4



# THE SCHOOL OF HUMANITIES, ARTS, AND SOCIAL SCIENCES

# Cognitive Science



HOME  >  DEPARTMENTS / PROGRAMS  >  COGNITIVE SCIENCE

## ABOUT THE COGNITIVE SCIENCE DEPARTMENT

The Department of Cognitive Science offers students unique opportunities in the scientific study of the human brain, mind, and intelligence. We work at the intersection of philosophy, psychology, and computer science, and use various methods, tools, and perspectives to develop "cognitively ergonomic" tools and environments, build devices to repair and augment cognitive skills and capacities, and create artificially intelligent computers and robots.

### Cognitive Science

Discover a broad, interdisciplinary, and fast-growing field.

Cognitive science students gain technical research experience while gaining skills in logical reasoning, critical thinking, and communication.

### Psychological Science

With the benefit of emerging technologies, Rensselaer faculty



Case 1:18-cv-00549-BKS-TWD   Document 225-6   Filed 07/22/22   Page 3 of 4

and psychological science majors are gleaning important new insights into how people learn, think, perceive, act, express emotions, make decisions, and interact with others, and applying these discoveries to improve the way we live and work.

### Philosophy

Philosophy plays the unique role of asking the sort of questions and proposing the sort of answers that serve to frame and contextualize the empirical and computational research being conducted by those working in other areas of cognitive science.

Philosophy draws attention to both connections and distinctions that might not otherwise be apparent. It also examines the value judgments implicit in scientific research and technological development and often proposes new ways of thinking about the values we pursue.

## CONTACT

The School of Humanities, Arts, and Social Sciences

Russell Sage Laboratory (SAGE) 5304, 110 8th Street, Troy, NY 12180



(518) 276-6575

## CONNECT



Case 1:18-cv-00549-BKS-TWD Document 225-6 Filed 07/22/22 Page 4 of 4



Rensselaer Polytechnic Institute
110 Eighth Street | Troy, NY USA 12180
(518) 276-6000
Contact Us

POLICIES:   Media      Web Privacy      Title IX

Student Consumer Information

Accessibility

Copyright © 2022 Rensselaer Polytechnic Institute (RPI)